1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  THOMAS I. WATANABE

7

# UNITED STATES DISTRICT COURT

8

## DISTRICT OF NEVADA

9

10

11  THOMAS I. WATANABE,              )  Case No.: 2:16-cv-01688-JAD-PAL
                                     )
12                                   )  STIPULATION TO EXTEND
          Plaintiff,                 )  BRIEFING SCHEDULE
13                                   )
       vs.                           )
14                                   )
                                     )
15  CAROLYN W. COLVIN, Acting        )
                                     )
16  Commissioner of Social Security, )
17        Defendant

18

19     Plaintiff Thomas I. Watanabe ("Plaintiff") and defendant Carolyn Colvin,

20  Acting Commissioner of Social Security ("Defendant"), through their undersigned

21  counsel of record, hereby stipulate, subject to the approval of the Court, to extend

22  the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to

23  February 6, 2017; and that Defendant shall have 30 days or until March 8, 2017, to

24  file her opposition, if any is forthcoming.  Any reply by plaintiff will be due March

25  29, 2017.

26

An extension of time is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: December 6, 2016         Respectfully submitted,

                              ROHLFING & KALAGIAN, LLP

                              /s/ *Marc V. Kalagian*
                      BY:_____
                              Marc V. Kalagian
                              Attorney for plaintiff THOMAS I. WATANABE

DATED:  December 6, 2016       Daniel G. Bogden
                              United States Attorney

                              */S/   Marcelo N. Illarmo

                              _____
                              Marcelo N. Illarmo
                              Special Assistant United States Attorney
                              Attorney for Defendant
                              [*Via email authorization]

                              IT IS SO ORDERED:

                              _____
                              UNITED STATES MAGISTRATE JUDGE

                              DATED:__December 13, 2016_____

-2-