Marc V. Kalagian
Attorney at Law: 4460
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.kalagian@rksslaw.com
Attorneys for Plaintiff
THOMAS I. WATANABE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS I. WATANABE | Case No.: 2:16-cv-01688-JAD-PAL |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Thomas I. Watanabe ("Plaintiff") and defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Reversal and/or Remand to April 13, 2017; and that Defendant shall have 30 days or until May 15, 2017, to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due June 5, 2017.

///

-1-

1       As the Court is aware, after a 5 year battle with terminal stage 4 cancer
2 Plaintiff's Counsel's Spouse of the associate, who this matter is assigned to, passed
3 away on September 30, 2016.  The aftermath of this traumatic event on both
4 Counsel and his 9 year old son and 7 year old daughter was immeasurable.
5 Compounding the impact of this loss is the fact that Counsel's spouse was a former
6 employee at Counsel's Law Firm and her death was far reaching in its impact on
7 Counsel's professional life as well.  Due to the death, the subsequent holiday
8 period, and the need to find a permanent caregiver and the required time to
9 acclimate his children to that presence during his absence to meet his professional
10 obligations, Counsel requires the additional time to prepare and file her motion for
11 summary judgment.
12       Counsel for plaintiff does not anticipate this extraordinary request for more
13 time to become the rule and recognizes it is the extraordinary exception and
14 sincerely apologizes to the court for any inconvenience this may have had upon it
15 or its staff.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

1  DATE: March 23, 2017                Respectfully submitted,

2                                      ROHLFING & KALAGIAN, LLP

3                                               /s/ *Marc V. Kalagian*

4                         BY: _____
                                Marc V. Kalagian

5                                Attorney for plaintiff Mr. Thomas I. Watanabe

6

7  DATE:  March 23, 2017               Daniel G. Bogden
                                       United States Attorney
8

9

10                                              /s/ *Marcelo N. Illarmo*

11                        BY: _____
                                Marcelo N. Illarmo

12                               Special Assistant United States Attorney
                                 Attorneys for defendant Nancy A. Berryhill

13                               |*authorized by e-mail|

14

15  DATED:  March 27, 2017

16  IT IS SO ORDERED:      _____

17                              UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:16-CV-01688-JAD-PAL**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on March 23, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff

-4-