1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com

5  Gerald M. Welt
   Attorney at Law:  1575
6  732 S. Sixth Street, Suite 200-D
   Las Vegas, NV 89101
7  Tel.: (702)382-2030
   Fax:  (702)684-5157
8  E-mail:  gmwesq@weltlaw.com; kwp@weltlaw.com

9  Attorneys for Plaintiff
   Thomas I. Watanabe

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS I. WATANABE, | Case No.: 2:16-cv-01688-JAD-PAL |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING ACTION** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ECF No. 20 |
| Defendant. | |

TO THE HONORABLE PEGGY A. LEEN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Thomas I. Watanabe ("Plaintiff") and Nancy A. Berryhill as the Acting Commissioner of Social

-1-

Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

DATE: May 1, 2017        Respectfully submitted,

LAW OFFICES OF ROHLFING & KALAGIAN, LLP

BY: /s/ *Marc V. Kalagian*
Marc V. Kalagian
Attorney for plaintiff Thomas I. Watanabe

DATE: May 1, 2017        DANIEL G. BOGDEN
United States Attorney

BY: /s/ *Marcelo N. Illarmo*
MARCELO N. ILLARMO
Special Assistant United States Attorney
Attorneys for Defendant Nancy A. Berryhill,
Acting Commissioner of Social Security
(Per e-mail authorization)

**ORDER**

Based on the parties' stipulation [ECF No. 20] and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that THIS ACTION IS DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
5/8/17